FAIRCHILD, Respondent, v. CORNELL, Appellant.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Ben. L. Fairchild, judgment creditor, against Alonzo B. Cornell.

No opinion. Order affirmed, with $10 costs and disbursements. Held, that the prior proceedings for appointment of receiver furnish no reason why the debtor should not be examined as to his property.

GARDNER, Appellant, v. O'DONNELL, Respondent.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by William H. Gardner against Patrick O'Donnell.
No opinion. Order affirmed, with costs.

HINE, Appellant, v. HINE et al., Respondents.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Ambrose Hine against Norman Hine and others, executors.
No opinion. Judgment reversed, and a new trial ordered, with costs to abide the event.

HOUSE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Louis House against the New York Central & Hudson River Railroad Company.
No opinion. Judgment affirmed, with costs. See 24 N. Y. Supp. 1146.

HOUSE, Respondent, v. WALSH, Appellant.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Nellie House against Frederick Walsh.
No opinion. Judgment and order affirmed, with costs.

JENKS, Appellant, v. QUINN, Respondent.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Frank B. Jenks against Thomas Quinn.
No opinion. Order affirmed, with $10 costs and disbursements. See 16 N. Y. Supp. 240, and 33 N. E. Rep. 376.